██ In the Matter of KHYRI OLIVER, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [3 NYS3d 694]—Appeal from a judgment of the Supreme Court, Wy-

oming County (Mark H. Dadd, A.J.), entered October 31, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.